**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ninja Division Publishing, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5746222** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9169 W. State Street**<br>**Suite 448**<br>**Garden City, ID 83714**<br>Number, Street, City, State & ZIP Code | **Attn: Chris Birkenhagen**<br>**3901 Charles Avenue**<br>**Alexandria, VA 22305**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://ninjadivision.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ninja Division Publishing, LLC**                                  Case number (*if known*) _____
_____Name_____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Ninja Division Publishing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

            Contact name

            Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Ninja Division Publishing, LLC**
          Name                                                    Case number (*if known*)

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | |
|---|---|
| Debtor | **Ninja Division Publishing, LLC** |
| | Name |

| Case number (*if known*) | |
|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2024**
MM / DD / YYYY

**X** **/s/ Chris Birkenhagen**
Signature of authorized representative of debtor

**Chris Birkenhagen**
Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ D. Blair Clark**
Signature of attorney for debtor

Date **February 28, 2024**
MM / DD / YYYY

**D. Blair Clark 1367**
Printed name

**Law Office of D. Blair Clark, PC**
Firm name

**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
Number, Street, City, State & ZIP Code

Contact phone   **(208) 475-2050**   Email address   **dbc@dbclarklaw.com**

**1367 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ninja Division Publishing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2024**    X **/s/ Chris Birkenhagen**
                                  Signature of individual signing on behalf of debtor

                                    **Chris Birkenhagen**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Ninja Division Publishing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 1,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 1,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 95,851.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 2,143,077.87

4. Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b

   $ 2,238,928.87

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ninja Division Publishing, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Washington Trust** | **Checking account** | **7377** | **$100.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$100.00** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Ninja Division Publishing, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies Inventory & products sold.  Items are in 3 storage units in Boise, Idaho and 1 storage unit in Sandy, Utah** | | **$0.00** | | **Unknown** |

| 23. | **Total of Part 5.** | | **$0.00** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See attached list - all items in storage units** | **$0.00** | | **$500.00** |

Debtor    **Ninja Division Publishing, LLC**                    Case number *(If known)* _____
_____
Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $500.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☐ No.  Go to Part 9.
        ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Arcade Cabinet - in storage units | $0.00 | | $400.00 |

51.    **Total of Part 8.**                                                        | $400.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

| Debtor | **Ninja Division Publishing, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | Domain at www.ninjadivision.com | **Unknown** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | **$0.00** |
|---|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| | **Potential tax refunds** | Tax year | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor    **Ninja Division Publishing, LLC**                                    Case number *(If known)* _____
          Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Ninja Division Publishing, LLC**

Case number *(if known)* _____

Name

<table>
<tr><td colspan="3" style="background:black;color:white">Part 12:</td><td colspan="3">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,000.00 |

In re    **Ninja Division Publishing, LLC** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A - office furniture

| | |
|---|---:|
| Phone | 1 |
| Dolly/Wheeled | 5 |
| High Backed Leather Chair | 2 |
| NAS Unpackaged miniatures | 6 |
| Standing Shop Tables | 4 |
| Office Desk Floor Cover | 2 |
| foldout picnic table | 1 |
| Steel folding chairs | 8 |
| Computer Monitor | 2 |
| PC Box | 1 |
| Computer monitor stands | 2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify the case:**

Debtor name __**Ninja Division Publishing, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Ninja Division Publishing, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| 2.1 | | | |
|---|---|---|---|
| **Idaho State Tax Commission**<br>**P.O. Box 36**<br>**800 Park Blvd**<br>**Boise, ID 83722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Business Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | $87,408.00 | $87,408.00 |
|---|---|---|---|
| **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Business Taxes - Trust Fund portion** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Ninja Division Publishing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,443.00 | $8,443.00 |
|---|---|---|---|---|

**Ohio State Taxation**
**Attn: Compliance Business**
**PO Box 16678**
**Columbus, OH 43216-6678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Taxes - Assessed taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.99 |
|---|---|---|---|

**Aetherworks**
**PO Box 189**
**St. Peters, NSW 2044**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,671.77 |
|---|---|---|---|

**Bank of America Business Car**
**PO Box 15710**
**Wilmington, DE 19886-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **7876**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Beasts of War**
**18 Market Road**
**Ballymena, Antrim U.K.**
**BT43 6UF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.54 |
|---|---|---|---|

**Benjamin Yamada**
**9661 Sailfish Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,500.00 |
|---|---|---|---|

**Blowfish Studios**
**c/o Gearbox Publications**
**5757 Main Street #500**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Ninja Division Publishing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Boda Printing**
**Room 1613, Building 2, Lane**
**Lane 58, East Xinjiang Road**
**201100   CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$30,921.23**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Celestial Games & Books**
**Unit 3b Ham Barn Business**
**Station Road, Liss, Hampshir**
**GU33 6LB**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$7,618.34**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Chris Frye**
**Liya International**
**PO Box 2650**
**Cypress, TX 77410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$593,774.85**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Christopher Birkenhagen**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment/ Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$43,992.75**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Christopher Bodan**
**2030 NW 57th St**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**
**David Freeman**
**10042 SE 192nd Street**
**Renton, WA 98055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment/ Lender**

Is the claim subject to offset? ☐ No ☐ Yes

**$13,000.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Dietrich Stella**
**9169 W State Street**
**Apt 837**
**Garden City, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment/ Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$85,495.92**

---

| Debtor | **Ninja Division Publishing, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.92**

**Drew Drescher Miniatures**
**15032 S. Des Plaines Street**
**Plainfield, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,757.45**

**Esdevium Games Ltd**
**27-28 Eastcastle Street**
**London**
**ENGLAND W1W 8DH**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,976.79**

**Expert Express**
**31157 San Benito Street**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,078.33**

**Fabryka Kart**
**Podleze 650**
**32-003 Podleze**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154.00**

**Federal Express**
**2650 Thousand Oaks Blvd**
**Suite 1180**
**Memphis, TN 38118**

Date(s) debt was incurred _

Last 4 digits of account number  **6103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,512.00**

**Games Workshop**
**Willow Road Lenton**
**Nottingham GB**
**NG7 2WS**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,870.00**

**GNOMO**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ninja Division Publishing, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,186.60** |

**Hang Tai Printing Co Ltd**
**Keji 1st Road 26**
**70955 Annan District, Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Idaho Storage Connection Eagle**
**8785 Horseshoe Bend Road**
**Unit 4196**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Unpaid storage unit rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,083.65** |

**Investables**
**1007 Orange Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Investment/ Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Jason Snyder**
**8815 Northcove Drive**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Business Expense - investor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,959.31** |

**John Candice**
**7001 Paddle Wheel Lane**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Investment/ Lender**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,438.04** |

**Lathrop & Gage LLP**
**2345 Grand Blvd**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.97** |

**MCCG Bourbonnais Inc**
**141 rue Saint-Philippe**
**Lévis, QC, G6W 3E8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Ninja Division Publishing, LLC**                              Case number *(if known)* _____
        Name

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,458.97** |
|---|---|---|---|

**Metal Oak Studios LLC**
**Attn: Nick Hanger**
**1023 S Duchesne Drive**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,537.38** |
|---|---|---|---|

**Norwest Fulfillment**
**3678 E Lanark Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,729.25** |
|---|---|---|---|

**NZS Worldwide Inc**
**1435 Huntington Ave**
**Suite 110**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,585.21** |
|---|---|---|---|

**Paizo Inc**
**7120 185th Ave NE**
**Suite 120**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$383.49** |
|---|---|---|---|

**Pay Pal**
**Attn: Legal Dept**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,206.81** |
|---|---|---|---|

**Prodos Archon**
**z o.o.**
**ul. Warsztatowa POLAND**
**8 64-920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Expense**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Republic Storage-Maple Grove**
**665 S Maple Grove**
**Unit 0199**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Unpaid storage unit rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Ninja Division Publishing, LLC**                                          Case number *(if known)* _____
      Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Riera**
**C/ Gran Bretaña**
**parcela 152 P.I.C.A.,**
**03600 Elda SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,229.00 |
|---|---|---|---|

**SBA CESC - Covid EIDL Servic**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Expense - PPP Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447,092.01 |
|---|---|---|---|

**Soda Pop Miniatures**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.07 |
|---|---|---|---|

**Trenchworx LLC**
**9382 South 670 West**
**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid storage rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,287.00 |
|---|---|---|---|

**Ulisses**
**c/o John Kurtz, Atty**
**910 Main Street #364**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370,344.98 |
|---|---|---|---|

**W. Kurt Birkenhagen**
**6372 Buckskin Road**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Investment/ Lender

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $841.25 |
|---|---|---|---|

**YRC Freight**
**PO Box 7270**
**Overland Park, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Expense

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Ninja Division Publishing, LLC** | Case number (if known) | |
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Asmodee United Kingdom**<br>**Unit 6, Waterbrook Road**<br>**Alton HAMPSHIRE**<br>**GU34 2UD** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                                95,851.00 |
| **5b. Total claims from Part 2** | 5b.  + | $                          2,143,077.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                          2,238,928.87 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Ninja Division Publishing, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF IDAHO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest: **1 Storage Unit lease** | |
| State the term remaining: **0** | **Idaho Storage Connection Eagle**<br>**8785 Horseshoe Bend Road**<br>**Garden City, ID 83714** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest: **2 Storage Unit leases** | |
| State the term remaining: **0** | **Republic Storage -Maple Grove**<br>**665 S Maple Grove**<br>**Boise, ID 83709** |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest: **Storage unit with game inventory** | |
| State the term remaining: **unsure** | **Trenchworx LLC**<br>**9382 South 670 West**<br>**Sandy, UT 84092** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Ninja Division Publishing, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor name    **Ninja Division Publishing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
    amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$26,614.81** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$137,220.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Ninja Division Publishing, LLC** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **ULISSES SPIELE MEDIEN & SPIEL DISTRIBUTIONS, GMBH**<br>**vs**<br>**NINJA DIVISION PUBLISHING, LLC, an Idaho limited liability company,**<br>**CV01-23-09467** | **Breach of Contract** | **Ada County Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Ninja Division Publishing, LLC**                                    Case number *(if known)*

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of D. Blair Clark, PC**<br>**967 E. Parkcenter Blvd., #282**<br>**Boise, ID 83706** | **Attorney & Filing Fees** | **October 2023 - $2500**<br>**January 2024 - $2500**<br>**February 2024 - $338** | **$5,338.00** |
| | **Email or website address**<br>**dbc@dbclarklaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor    **Ninja Division Publishing, LLC**                                    Case number *(if known)* _____

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5311 N. Glenwood Garden City, ID 83714** | **12/15-05/18** |
| 14.2. | **216 W. 38th Street Suite G Garden City, ID 83714** | **05/18 - 08/21** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page **4**

Debtor    **Ninja Division Publishing, LLC**                                          Case number *(if known)* _____

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Republic Storage - Maple Grove**<br>**665 S Maple Grove**<br>**Unit 0199**<br>**Boise, ID 83709** | **Ninja Division**<br>**c/o Dietrich Stella** | **Event Display Cases**<br>**Pallet Jack**<br>**Loose Components** | ☐ No<br>■ Yes |
| **Republic Storage - Maple Grove**<br>**665 S Maple Grove**<br>**Unit 2034**<br>**Boise, ID 83709** | **Ninja Division**<br>**c/o Dietrich Stella** | **Phone 1**<br>**Dolly/Wheeled 5**<br>**High Backed Leather Chair 2**<br>**NAS Unpackaged miniatures 6**<br>**Standing Shop Tables 4**<br>**Office Desk Floor Cover 2**<br>**Gridwall 6' x 2' 20**<br>**Bakers Racks Chrome 1**<br>**Gridwall shelves 8**<br>**Gridwall Stands 10**<br>**foldout picnic table 1**<br>**Steel folding chairs 8**<br>**Computer Monitor 2**<br>**Uline cardboard flat pack cardboard boxes TBD**<br>**Bakers Racks Black TBD**<br>**MDF Shelving  TBD**<br>**PC Box 1**<br>**Computer monitor stands 2** | ☐ No<br>■ Yes |
| **Idaho Storage Connection Eagle**<br>**8785 Horseshoe Bend Road**<br>**Unit 4196**<br>**Garden City, ID 83714** | **Ninja Division**<br>**c/o Dietrich Stella** | **Merch Shelves TBD**<br>**Black Bakers Rack 1**<br>**Stacking Plastic Shelves 20**<br>**Event flooring TBD**<br>**Folding Round Table 1**<br>**Standing Round tables 2**<br>**Hitch Trailer 1**<br>**12' tall robot statue 1**<br>**stools 4**<br>**heavy duty convention cases 4**<br>**Custom Arcade Cabinet 1**<br>**OOP Miniatures TBD**<br>**50" smart TV 1**<br>**folding hand truck 1**<br>**Marketing rollout banner 4**<br>***product masters XXX**<br>***various dioramas 3** | ☐ No<br>■ Yes |

Debtor    **Ninja Division Publishing, LLC**                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Trenchworx LLC**<br>**9382 South 670 West**<br>**Sandy, UT 84092** | **Ninja Divison**<br>**c/o Dietrich Stella** | **Professor Cackle-Clink**<br>**Frost Imps**<br>**Orcdon Ramsay**<br>**Frostbyte Pet Pack 2**<br>**Lahkpa**<br>**Candy, Lady of the Heart**<br>**Sohei Chunin**<br>**Sohei Oni**<br>**Eiko Ando**<br>**Magoichi**<br>**Bladedancer**<br>**Outcast Vampyr**<br>**Royal Academic**<br>**Dazzled**<br>**Black-Handed Henry**<br>**Loose Cannons**<br>**Barnacled Shipwreck**<br>**Captain R**<br>**Jolly Sparrow**<br>**Colo & Cheeto**<br>**Hermit Swordmage**<br>**Skuttle Knight**<br>**Deepwater Diver**<br>**Scarlett Cutlass**<br>**Skeleton Lich**<br>**Spider Guild Otaku**<br>**Demon Matchmaker**<br>**The Crownless Princess**<br>**Black Diamond Cadre Deck**<br>**Cerci Speed Circuit Cadr** | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dietrich Stella**<br>**9169 W State Street**<br>**Apt 837**<br>**Garden City, ID 83714** | **Republic Storage - Maple Grove** | **12' flatbed trailer.  Company used trailer to haul 12' tall robot used as shows** | **Unknown** |

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Ninja Division Publishing, LLC**                                  Case number *(if known)* _____

☐ **No.**
☐ **Yes. Provide details below.**

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ **No.**
☐ **Yes. Provide details below.**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ **No.**
☐ **Yes. Provide details below.**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ **None**

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Chris Birkenhagen 3901 Charles Avenue Alexandria, VA 22305** | **Daily bookkeeping** |
| 26a.2.    **Tom Czarniecki 10532 W Business Park Lane Boise, ID 83709** | **Yearly taxes** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ **None**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Ninja Division Publishing, LLC**                                        Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Chris Birkenhagen**<br>**3901 Charles Avenue**<br>**Alexandria, VA 22305** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Birkenhagen** | **3901 Charles Avenue**<br>**Alexandria, VA 22305** | **Member** | **30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Cadice** | **7001 Paddle Wheel Lane**<br>**Indian Trail, NC 28079** | **Member** | **30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dietrich Stella** | **9169 W State Street**<br>**Apt 837**<br>**Garden City, ID 83714** | **Member** | **30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **W. Kurt Birkenhagen** | **6372 Buckskin Road**<br>**Pocatello, ID 83204** | **Member** | **10% (silent partner)** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Ninja Division Publishing, LLC**                    Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2024**

**/s/ Chris Birkenhagen**                    **Chris Birkenhagen**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Idaho**

In re   **Ninja Division Publishing, LLC**
                                          Debtor(s)

Case No. _____
Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **February 28, 2024**

**/s/ Chris Birkenhagen**
**Chris Birkenhagen**/**Manager**
Signer/Title

Aetherworks
PO Box 189
St. Peters, NSW 2044
AUSTRALIA


Asmodee United Kingdom
Unit 6, Waterbrook Road
Alton HAMPSHIRE
GU34 2UD


Bank of America Business Car
PO Box 15710
Wilmington, DE 19886-5710


Beasts of War
18 Market Road
Ballymena, Antrim U.K.
BT43 6UF


Benjamin Yamada
9661 Sailfish Drive
Huntington Beach, CA 92646


Blowfish Studios
c/o Gearbox Publications
5757 Main Street #500
Frisco, TX 75034


Boda Printing
Room 1613, Building 2, Lane
Lane 58, East Xinjiang Road
201100    CHINA


Celestial Games & Books
Unit 3b Ham Barn Business
Station Road, Liss, Hampshir
GU33 6LB

```
Chris Frye
Liya International
PO Box 2650
Cypress, TX 77410


Christopher Birkenhagen



Christopher Bodan
2030 NW 57th St
Seattle, WA 98107


David Freeman
10042 SE 192nd Street
Renton, WA 98055


Dietrich Stella
9169 W State Street
Apt 837
Garden City, ID 83714


Drew Drescher Miniatures
15032 S. Des Plaines Street
Plainfield, IL 60544


Esdevium Games Ltd
27-28 Eastcastle Street
London
ENGLAND W1W 8DH


Expert Express
31157 San Benito Street
Hayward, CA 94544


Fabryka Kart
Podleze 650
32-003 Podleze
```

```
Federal Express
2650 Thousand Oaks Blvd
Suite 1180
Memphis, TN 38118


Games Workshop
Willow Road Lenton
Nottingham GB
NG7 2WS


GNOMO


Hang Tai Printing Co Ltd
Keji 1st Road 26
70955 Annan District, Taiwan


Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722


Idaho Storage Connection Eagle
8785 Horseshoe Bend Road
Unit 4196
Garden City, ID 83714


Idaho Storage Connection Eagle
8785 Horseshoe Bend Road
Garden City, ID 83714


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114


Investables
1007 Orange Street
Wilmington, DE 19801
```

Jason Snyder
8815 Northcove Drive
Park City, UT 84098


John Candice
7001 Paddle Wheel Lane
Indian Trail, NC 28079


Lathrop & Gage LLP
2345 Grand Blvd
Kansas City, MO 64108


MCCG Bourbonnais Inc
141 rue Saint-Philippe
Lévis, QC, G6W 3E8
CANADA


Metal Oak Studios LLC
Attn: Nick Hanger
1023 S Duchesne Drive
Saint Charles, MO 63301


Norwest Fulfillment
3678 E Lanark Street
Meridian, ID 83642


NZS Worldwide Inc
1435 Huntington Ave
Suite 110
South San Francisco, CA 94080


Ohio State Taxation
Attn: Compliance Business
PO Box 16678
Columbus, OH 43216-6678

Paizo Inc
7120 185th Ave NE
Suite 120
Redmond, WA 98052


Pay Pal
Attn: Legal Dept
2211 North First Street
San Jose, CA 95131


Prodos Archon
z o.o.
ul. Warsztatowa POLAND
8 64-920


Republic Storage -Maple Grove
665 S Maple Grove
Boise, ID 83709


Republic Storage-Maple Grove
665 S Maple Grove
Unit 0199
Boise, ID 83709


Riera
C/ Gran Bretaña
parcela 152 P.I.C.A.,
03600 Elda SPAIN


SBA CESC - Covid EIDL Servic
14925 Kingsport Road
Fort Worth, TX 76155


Soda Pop Miniatures


Trenchworx LLC
9382 South 670 West
Sandy, UT 84092

```
Ulisses
c/o John Kurtz, Atty
910 Main Street #364
Boise, ID 83702


W. Kurt Birkenhagen
6372 Buckskin Road
Pocatello, ID 83201


YRC Freight
PO Box 7270
Overland Park, KS 66207
```

# United States Bankruptcy Court
## District of Idaho

In re    **Ninja Division Publishing, LLC**                                          Case No.

Debtor(s)                                                              Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ninja Division Publishing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 28, 2024**
Date

**/s/ D. Blair Clark**
**D. Blair Clark 1367**
Signature of Attorney or Litigant
Counsel for   **Ninja Division Publishing, LLC**
**Law Office of D. Blair Clark, PC**
**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
**(208) 475-2050 Fax:(208) 475-2055**
**dbc@dbclarklaw.com**